UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT L. POTTER, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> DISTRICT OF COLUMBIA, ) <br> ) <br> Defendant. ) <br> ) | Civil Action no. 01-1189 (JR) |

**FILED**

JUN 2 2 2001

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PRELIMINARY INJUNCTION ORDER

Upon consideration of plaintiffs' motion for a preliminary injunction, the declarations and legal memoranda filed in support thereof and in opposition thereto, the arguments of counsel, and the entire record in this action;

It appearing to the Court that plaintiffs are likely to succeed on the merits of their action, that they will suffer irreparable injury if the defendant is not immediately enjoined from enforcing against them those provisions of the Fire Department Grooming Policy that would require them to violate their religious beliefs, that the defendant will not be harmed if such an order is issued, and that the public interest favors the entry of such an order, it is, therefore,

ORDERED that plaintiffs' motion for a preliminary injunction is hereby GRANTED; and the defendant District of Columbia, and its officers, agents, and those acting in concert with the Defendant, are hereby enjoined from subjecting any of the plaintiffs to those provisions of the Fire Department Grooming Policy that would require them to violate their religious beliefs, or from imposing any sanction or other adverse



251263v2

consequence against any of the plaintiffs for their decision not to comply with the grooming policy for religious reasons; and it is further

ORDERED, in accordance with Fed. R. Civ. P. 65(c), that this injunction shall be effective upon plaintiffs' posting with the Clerk of Court $100 in cash, or a surety bond in such amount.

Dated: June 22, 2001

_____
United States District Judge

Copies to:

Daniel Aronowitz
Paul Vitrano
Beth A. Koehler
Ross, Dixon & Bell, L.L.P.
2001 K Street, N.W.
Washington, D.C. 20006-1040

Arthur B. Spitzer
American Civil Liberties Union of the
 National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036

Hon. Robert R. Rigsby
Corporation Counsel of the District of Columbia
441 4th Street, N.W.
Washington, D.C. 20001

Theresa Cusick
General Counsel
Office of the Fire Chief
Fire and Emergency Medical Services Department
Washington, D.C. 20001