UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CALVERT L. POTTER, *et al.*,       :
                                   :
        Plaintiffs,                :
                                   :
    v.                             :   Civil Action No. 01-1189 (JR)
                                   :
DISTRICT OF COLUMBIA,              :
                                   :
        Defendant.                 :

**FILED**
MAY 2 2 2003
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

Upon a review of the record, no status report having been filed within the time set by the parties' last joint report in October 2002, it is this 21st day of May 2003 by the Court *sua sponte*

**ORDERED** that this action be, and the same is, dismissed without prejudice for want of prosecution.

---------------------------------
JAMES ROBERTSON
United States District Judge

Copies to:

Daniel Aronowitz  
Paul Vitrano  
Beth Koehler  
Ross, Dixon & Bell, L.L.P.  
2001 K Street, N.W.  
Washington, DC 20006-1040  

<u>Counsel for Plaintiffs</u>

Thomas L. Koger  
Senior Litigation Counsel  
Torts & Equity  
Office of the Corporation Counsel  
441 Fourth Street, N.W.  
Room 6S045  
Washington, DC 20001  

<u>Counsel for Defendant</u>

Theodore C. Hirt  
Serrin Turner  
Federal Programs Branch  
Civil Division  
U.S. Department of Justice  
901 E Street, N.W.  
Room 1049  
Washington, DC 20530  

<u>Counsel for Intervenor United States</u>