UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT L. POTTER, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 01-1189 (JR) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

**ORDER**

Upon consideration of the status reports filed by the parties on January 19 and 21, 2005, it is

**ORDERED** that, within 15 days of the date of this order, the defendant file with this Court and serve upon plaintiffs a plain statement of what its official policy is with respect to facial hair and a "face-fit" test for face masks. It is

**FURTHER ORDERED** that, if plaintiffs have a motion to make after receipt of that statement, they file it within 15 days after service of the statement upon them.


JAMES ROBERTSON
United States District Judge