UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT L. POTTER, *et al*.    ) | |
| ) | |
| Plaintiffs,    ) | |
| ) Civil Action No. 01-1189 (JR) | |
| v.    ) | |
| ) | |
| THE DISTRICT OF COLUMBIA,    ) | |
| ) | |
| Defendant    ) | |
| _____) | |

DEFENDANT DISTRICT OF COLUMBIA'S RESPONSE TO THE COURT'S ORDER
OF FEBRUARY 11, 2005

On February 11, 2005 the Court ordered that the District file a "plain statement of what its official policy is with respect to facial hair and a face-fit test for face masks." The Fire and Emergency Medical Service ("FEMS") intends to require that all employees required to wear protective masks comply with the "face-fit" requirements of 29 CFR 1910.134. The purpose of this requirement is to protect the safety of both FEMS personnel and the general public. The applicable regulations require that the District not allow employees to wear respirators with tight-fitting facepieces if they have "[f]acial hair that comes between the sealing surface of the facepiece and the face or that interferes with valve function." 29 CFR 1910.134(g).

Consistent with prior rulings by the Court, FEMS has exempted employees from meeting its grooming standards, imposed for purposes of uniformity and to promote professionalism and discipline, if they object on religious grounds. However, FEMS does not intend to allow for any waiver of the above safety requirements.

FEMS is currently engaged in discussions with the effected labor unions over the process of implementing the above policy. While these discussions may effect the manner of implementing the face-fit policy, it is not the intention of FEMS to deviate from the essential requirements of 29 CFR 1910.134(g).

        Respectfully submitted,

        **ROBERT J. SPAGNOLETTI**
        Attorney General of the District of Columbia.

        GEORGE C. VALENTINE
        Deputy Attorney General for
         Civil Litigation

        /s/ Robert C. Utiger
        ROBERT C. UTIGER [437130]
        Senior Counsel to the Deputy for
         Civil Litigation
        P.O. Box 14600
        Washington, D.C. 20001
        (202) 724-6532