# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 07-7163

September Term, 2008

FILED ON: MARCH 6, 2009

CALVERT L. POTTER, ET AL.,
        APPELLEES

v.

DISTRICT OF COLUMBIA,
        APPELLANT



Consolidated with 07-7164

Appeals from the United States District Court
for the District of Columbia
(No. 01cv01189)

Before: ROGERS and TATEL, *Circuit Judges*, and WILLIAMS, *Senior Circuit Judge*

## JUDGMENT

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in these causes is hereby affirmed, in accordance with the opinion of the court filed herein this date.

Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/

Michael C. McGrail
Deputy Clerk

Date: March 6, 2009

Opinion for the court filed by Circuit Judge Rogers.
Concurring opinion filed by Senior Circuit Judge Williams.