UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT L. POTTER, *et al.*,<br>　　　　　Plaintiffs,<br>　　v.<br>DISTRICT OF COLUMBIA,<br>　　　　　Defendant.<br>─────────────────────────<br>STEVEN B. CHASIN, *et al.*,<br>　　　　　Plaintiffs,<br>　　v.<br>DISTRICT OF COLUMBIA,<br>　　　　　Defendant. | No. 01-cv-1189 (RJL)<br><br>CONSOLIDATED CASES<br><br><br>No. 05-cv-1792 (RJL) |

**CONSENT MOTION TO DISMISS WITH PREJUDICE**

　　The plaintiffs hereby move for the entry of the attached order dismissing these cases with prejudice, in accordance with the terms of a settlement agreement that has been executed by all parties. Defendant District of Columbia consents to the entry of the attached order.

　　Plaintiffs note that, in accordance with the terms of the settlement agreement, the attached order provides that the Court shall retain jurisdiction of these cases for the limited purposes of (1) adjudicating any application for attorneys' fees and expenses should the parties be unable to settle plaintiffs' claim for fees and expenses; and (2) adjudicating any alleged violation of the parties' settlement agreement. These provisions are essential parts of the settlement agreement.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Arthur B. Spitzer*
　　　　　　　　　　　　　　　　　　　　　　　Arthur B. Spitzer (D.C. Bar No. 235960)
　　　　　　　　　　　　　　　　　　　　　　　American Civil Liberties Union of the Nation's Capital
　　　　　　　　　　　　　　　　　　　　　　　4301 Connecticut Avenue, N.W., Suite 434
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20008
　　　　　　　　　　　　　　　　　　　　　　　Tel. (202) 457-0800; Fax (202) 457-0805
　　　　　　　　　　　　　　　　　　　　　　　artspitzer@aclu-nca.org

October 7, 2013　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*