**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CALVERT L. POTTER, *et al.*,<br>　　　　Plaintiffs,<br>　　v.<br>DISTRICT OF COLUMBIA,<br>　　　　Defendant. | No. 01-cv-1189 (RJL) |
| STEVEN B. CHASIN, *et al.*,<br>　　　　Plaintiffs,<br>　　v.<br>DISTRICT OF COLUMBIA,<br>　　　　Defendant. | CONSOLIDATED CASES<br><br>No. 05-cv-1792 (RJL) |

**JOINT STATUS REPORT**

The parties are pleased to report that, in addition to the settlement agreement of the merits of these cases being finalized, payment to the Plaintiffs being made, and dismissal of this matter with prejudice, the parties have now, with the assistance of the court-appointed mediator, reached an agreement in principle on settlement of the fees and costs that remained at issue.

At this juncture, the parties require an additional amount of time to work out the final details of the fees and costs settlement, and to execute the necessary paperwork. Accordingly, the parties jointly request that the referral of this matter to mediation be terminated, with the parties' gratitude towards the mediator for his skill, time and efforts. The parties further request that the Court direct the parties to file a notice with the Court when the fee matter is resolved, or within thirty (30) days if the fee matter remains pending.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Arthur B. Spitzer*

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the Nation's Capital
4301 Connecticut Avenue, N.W., Suite 434
Washington, D.C. 20008
Tel. (202) 457-0800
Fax (202) 457-0805
artspitzer@aclu-nca.org

*Counsel for Plaintiffs*


IRVIN B. NATHAN
Attorney General for the District of Columbia

ELLEN A. EFROS
Deputy Attorney General
Public Interest Division

/s/ Shana L. Frost_____
SHANA L. FROST [458021]
Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: 741-8934
shana.frost@dc.gov

*Counsel for Defendant*

January 6, 2014