UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT L. POTTER, *et al.*,<br>    Plaintiffs,<br>v.<br>DISTRICT OF COLUMBIA,<br>    Defendant. | No. 01-cv-1189 (RJL)<br><br>CONSOLIDATED CASES |
| STEVEN B. CHASIN, *et al.*,<br>    Plaintiffs,<br>v.<br>DISTRICT OF COLUMBIA,<br>    Defendant. | No. 05-cv-1792 (RJL) |

**JOINT STATUS REPORT**

As noted in the prior status report, the parties have reached an agreement in principle on settlement of the fees and costs issue but continue to require additional time to work out the final details of the fees and costs settlement and to execute the necessary paperwork. Accordingly, the parties jointly request that the Court direct the parties to file a notice with the Court when the fee matter is resolved, or within thirty (30) days if it still remains pending.

Respectfully submitted,

 /s/ *Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union of the Nation's Capital
4301 Connecticut Avenue, N.W., Suite 434
Washington, D.C. 20008
Tel. (202) 457-0800; Fax (202) 457-0805
artspitzer@aclu-nca.org

*Counsel for Plaintiffs*

IRVIN B. NATHAN
Attorney General for the District of Columbia

ELLEN A. EFROS
Deputy Attorney General
Public Interest Division

/s/ *Shana L. Frost*
SHANA L. FROST [458021]
Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: 741-8934
shana.frost@dc.gov

*Counsel for Defendant*

February 10, 2014