UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT L. POTTER, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>DISTRICT OF COLUMBIA,<br><br>   Defendant. | No. 01-cv-1189 (RJL) |
| STEVEN B. CHASIN, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>DISTRICT OF COLUMBIA,<br><br>   Defendant. | CONSOLIDATED CASES<br><br>No. 05-cv-1792 (RJL) |

**JOINT STATUS REPORT**

The parties are pleased to report to the Court that the final aspect of this litigation, settlement of fees and costs, has now been resolved. The parties entered into a settlement agreement for fees and costs, and payment to counsel for Plaintiffs is now being processed. As the parties do not anticipate the need for any further involvement of the Court, and as these matters have already been dismissed with prejudice, the parties respectfully submit that it is no longer necessary for the Court to retain jurisdiction over the above-captioned matters, and that these matters be closed.

          Respectfully submitted,

          /s/ *Arthur B. Spitzer*
          Arthur B. Spitzer (D.C. Bar No. 235960)
          American Civil Liberties Union of the Nation's
          Capital
          4301 Connecticut Avenue, N.W., Suite 434
          Washington, D.C. 20008
          Tel. (202) 457-0800; Fax (202) 457-0805

        artspitzer@aclu-nca.org

*Counsel for Plaintiffs*
IRVIN B. NATHAN
Attorney General for the District of Columbia

ELLEN A. EFROS
Deputy Attorney General
Public Interest Division

/s/ *Shana L. Frost*
SHANA L. FROST [458021]
Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: 741-8934
shana.frost@dc.gov

*Counsel for Defendant*

March 14, 2014