AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Calvert L. Potter, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 01-cv-1189 |
| District of Columbia | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Steven Chasin, Calvert Potter, Jasper Sterling, and Hassan Umrani        .

Date:   11/07/2022

/s/ Kevin B. Collins
*Attorney's signature*

Kevin B. Collins, DC Bar No. 445305
*Printed name and bar number*
850 10th Street NW
Washington, DC 20001

*Address*

kcollins@cov.com
*E-mail address*

(202) 662-6000
*Telephone number*

(202) 662-6291
*FAX number*