# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CALVERT L. POTTER,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** <br><br> **Defendant.** | **Civil Action Nos.**    **1:01-cv-01189-RJL** <br> **1:05-cv-01792-RJL** |

### DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR JUDGMENT OF CIVIL CONTEMPT

Defendant District of Columbia moves with Plaintiffs' consent for an 18-day extension, until December 16, 2022, to respond to Plaintiffs' Motion for Judgment of Civil Contempt [224] (Contempt Motion).  Plaintiffs filed their Contempt Motion on November 7, 2022.  Per the Court's November 14, 2022 minute order, the District's current deadline to respond is November 28, 2022.  Plaintiffs' Contempt Motion asserts an array of new factual allegations and legal claims stemming from a more than a decade-old injunction.  And while the undersigned, who were not counsel of record when the injunction issued, are working diligently to review the Contempt Motion and prepare a response, more time is required, especially in light of counsel's competing professional obligations and the upcoming holiday.  The requested extension will enable counsel to fully assess the allegations in Plaintiffs' Contempt Motion, confer with agency counsel and staff, and provide a complete response to all issues raised.

The Court may extend a deadline upon the showing of good cause.  Fed. R. Civ. P. 6(b)(1)(A).  Good cause exists where there is a "valid reason for the delay." *Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012).  The District submits that the foregoing constitutes a valid

reason for an additional 18-day extension of the response deadline. Plaintiffs consent to the relief, so no party will suffer prejudice; and no other dates or deadlines will be affected if the Court agrees and grants the extension. A brief memorandum of points and authorities and a proposed order are attached.

|  |  |
|---|---|
| Date: November 17, 2022. | Respectfully Submitted, <br><br> KARL A. RACINE <br> Attorney General for the District of Columbia <br><br> CHAD COPELAND <br> Deputy Attorney General <br> Civil Litigation Division <br><br> */s/ Matthew R. Blecher* <br> MATTHEW R. BLECHER [1012957] <br> Chief, Civil Litigation Division, Equity Section <br><br> */s/ Micah Bluming* <br> MICAH BLUMING [1618961] <br> AMANDA C. PESCOVITZ [1735780][*] <br> Assistant Attorneys General <br> ANDREW J. SAINDON [456987] <br> Senior Assistant Attorney General <br> 400 6th Street, NW <br> Washington, D.C. 20001 <br> Phone: (202) 724-7272 <br> Email: micah.bluming@dc.gov <br><br> *Counsel for Defendant* |

---

[*]     Admitted to the Bar under D.C. App. R. 46-A (Emergency Examination Waiver). Practicing under the direct supervision of Matthew Blecher, a member of the D.C. Bar, pursuant to D.C. App. R. 46-A(d)(2).