UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CALVERT L. POTTER,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** <br><br> **Defendant.** | **Civil Action Nos.**   1:01-cv-01189-RJL <br>                                            1:05-cv-01792-RJL |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR JUDGMENT OF CIVIL CONTEMPT

In support of the foregoing Consent Motion for an Extension of Time to Respond to Plaintiffs' Motion for Judgment of Civil Contempt, Defendant submits the following:

1. Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure;

2. Defendant's showing of good cause, as stated in the Motion;

3. Plaintiffs' consent; and

4. The inherent power of the Court.

Date: November 17, 2022.

Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
AMANDA C. PESCOVITZ [1735780]*
Assistant Attorneys General
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 724-7272
Email: micah.bluming@dc.gov

*Counsel for Defendant*

---

\* Admitted to the Bar under D.C. App. R. 46-A (Emergency Examination Waiver). Practicing under the direct supervision of Matthew Blecher, a member of the D.C. Bar, pursuant to D.C. App. R. 46-A(d)(2).