# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CALVERT L. POTTER,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** <br><br> Defendant. | Civil Action Nos.   1:01-cv-01189-RJL <br> 1:05-cv-01792-RJL |

## ORDER

Upon consideration of Defendant's Consent Motion for an Extension of Time to Respond to Plaintiffs' Motion for Judgment of Civil Contempt, Plaintiffs' consent, and the entire record, it is:

**ORDERED** that Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that Defendant shall respond to Plaintiffs' Motion for Judgment of Civil Contempt by December 16, 2022.

**SO ORDERED.**

Date: _____

_____
Richard J. Leon
United States District Judge